*Scott Wilson Williams* and *Maribeth M. McGloin*, in support of the petition.

*Daniel A. Benjamin* and *Derek Mello*, in opposition.

Decided May 19, 2011

STATE OF CONNECTICUT *v.* ALAN W. GOLDER

The defendant's petition for certification for appeal from the Appellate Court, 127 Conn. App. 181 (AC 31757), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Alice Osedach*, assistant public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided May 19, 2011

STATE OF CONNECTICUT *v.* JORGE P.

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 99 (AC 29986), is granted, limited to the following issue:

"Whether the Appellate Court properly found that the defendant's objection to the admission of expert testimony was unpreserved, and, if not, whether the expert opined on ultimate issues?"

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18711.

*Pamela S. Nagy*, special public defender, in support of the petition.